IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOSHUA CHARLES CARVER,

       Appellant,

v.
                             Case No. 5D21-2882
                             LT Case No. 2020-00175-CFFA

STATE OF FLORIDA,

       Appellee.

_____/

Opinion filed October 3, 2022

Appeal from the Circuit Court
for Flagler County,
Terence R. Perkins, Judge.

Matthew J. Metz, Public Defender, and George
D. E. Burden, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Kaylee D. Tatman, Assistant Attorney
General, Daytona Beach, for Appellee.


PER CURIAM.

AFFIRMED. See Suarez Albo v. State, 300 So. 3d 1243 (Fla. 3d DCA 2020); see also Gordon v. State, 219 So. 3d 189, 197 n.8 (Fla. 3d DCA 2017) ("For example, in a homicide prosecution, the jury is not permitted to consider any non-homicide lesser-included offenses (e.g., aggravated battery) even if such lesser-included offenses are subsumed within and necessarily established by proof of the murder charge, unless there is some disputed issue of fact (and some evidence to support a theory) regarding an intervening cause of death."); State v. Barritt, 531 So. 2d 338, 339 (Fla. 1988); Martin v. State, 342 So. 2d 501, 503 (Fla. 1977) *superseded on other grounds by* Florida Rule of Criminal Procedure 3.490; Humphrey v. State, 690 So. 2d 1351 (Fla. 3d DCA 1997).

LAMBERT, C.J., EDWARDS and HARRIS, JJ., concur.